■ ROBERT DERENE, Appellant, v BOARD OF EDUCATION OF THE BEDFORD CENTRAL SCHOOL DISTRICT et al., Respondents.—In a proceeding pursuant to CPLR article 78 to review two determinations of the respondents which, *inter alia,* ordered the closing of an elementary school, petitioner appeals from a judgment of the Supreme Court, Westchester County, entered June 27, 1980, which dismissed the proceeding. Judgment affirmed, without costs or disbursements. Assuming, *arguendo,* that respondents violated section 98

of the Public Officers Law, petitioner failed to establish good cause for setting aside their determinations (see *Matter of New York Univ. v Whalen,* 46 NY2d 734). Moreover, there was a rational basis for said determinations (see *Corliss v Solomon,* 75 AD2d 837). Therefore, the proceeding was properly dismissed. Hopkins, J. P., Lazer, Rabin, Margett and Martuscello, JJ., concur.